```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEENA SMITH o/b/o S.S.,            :

                 Plaintiff,         :      ORDER

        -against-                   :      07 Civ. 8845 (LAP)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF  :
SOCIAL SECURITY,
                                    :
                 Defendant.
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The plaintiff commenced this action on October 15, 2007, seeking a review of the final determination made by the defendant respecting an application for benefits under the Social Security Act. The defendant answered the complaint on March 24, 2008. Therefore, IT IS HEREBY ORDERED that:

1. on or before April 25, 2008, any motion for judgment on the pleadings shall be served and filed;

2. on or before May 27, 2008, the response to the motion shall be served and filed; and

3. on or before June 13, 2008, any reply shall be served and filed.

Dated: New York, New York
       March 26, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copies to:

Sheena Smith
John E. Gura, Jr., Esq.