MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                          :
SHEENA SMITH                              :
    o/b/o SHYMIRE D. SMITH,               :
                                          :   **REVISED BRIEFING**
                                          :   **SCHEDULE**
        Plaintiff                         :
        - v. -                            :   07 Civ. 8845(LAP)(KNF)
                                          :
MICHAEL J. ASTRUE,                        :
Commissioner of Social Security,          :
                                          :
        Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - x

Defendant having filed his answer to the complaint on March 24, 2008,

IT IS HEREBY ORDERED that:

1. Any motion for judgment on the pleadings shall be served and filed on or before May 27, 2008;

2. the response to the motion shall be served and filed on or before June 26, 2008; and

3. any reply shall be served and filed on or before July 17, 2008.

SO ORDERED: 4/24/08

Kevin Nathaniel Fox
United States Magistrate Judge