MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

SHEENA SMITH
    o/b/o SHYMIRE D. SMITH,

        Plaintiff,

    - v. -

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - x

**REVISED BRIEFING SCHEDULE**

07 Civ. 8845 (LAP)(KNF)

    Defendant having filed his answer to the complaint on March 24, 2008,

    IT IS HEREBY ORDERED that:

1. Any motion for judgment on the pleadings shall be served and filed on or before June 26, 2008;
2. the response to the motion shall be served and filed on or before July 28, 2008; and
3. any reply shall be served and filed on or before August 18, 2008.

SO ORDERED: 5/27/08

_Kevin Nathaniel Fox_
United States Magistrate Judge