UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEENA SMITH o/b/o S.D.S,      :

        Plaintiff,      :

    -against-      :      ORDER
        07 Civ. 8845 (LAP)(KNF)
MICHAEL J. ASTRUE,      :
Commissioner of Social Security,
      :
        Defendant.
      :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on July 7, 2008, at 5:30 p.m. The telephonic conference shall be initiated by counsel to the defendant to (212) 805-6705.

Dated: New York, New York
      June 27, 2008

SO ORDERED:

*/s/ Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/08