MAILED TO COUNSEL

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
SHEENA SMITH o/b/o S.S.,          :
                                   :
            Plaintiff,             :
                                   :
      - v. -                       :    STIPULATION AND ORDER
                                   :        OF REMAND
MICHAEL J. ASTRUE,                 :
Commissioner of                    :    07 Civ. 8845 (LAP)(KNF)
Social Security,                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),



for further administration proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       June 30, 2008

*[signature]*
SHEENA SMITH
Plaintiff Pro Se
2949 Eighth Avenue
Apt. #13G
New York, New York 10039
Telephone No. (917) 640-9075

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No. (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE

July 17, 2008